UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD GUY BYRNE,<br><br>　　　　　　Petitioner,<br><br>　　　　v.<br><br>MONTGOMERY,<br><br>　　　　　　Respondent. | Case No. 8:18-00734 MCS (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DISMISSING CASE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondent's Answer, Petitioner's Traverse, and all related filings, along with the Report and Recommendation of the assigned United States Magistrate Judge dated February 25, 2021 [Dkt. No. 46], and Petitioner's Objections to Magistrate's Report and Recommendation ("Objections") [Dkt. No. 57].  Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation [Dkt. No. 46] is accepted;
2. The Petition is denied and this action dismissed with prejudice;
3. The request for an evidentiary hearing and appointment of counsel [Dkt. No. 41, p. 4] is denied; and
4. Judgment is to be entered accordingly.

DATED: July 9, 2021

THE HONORABLE MARK C. SCARSI
United States District Judge