JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD GUY BYRNE, | Case No. 8:18-00734 MCS (ADS) |
| Petitioner, | |
| v. | JUDGMENT |
| MONTGOMERY, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge and Dismissing Case, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: July 9, 2021

THE HONORABLE MARK C. SCARSI
United States District Judge